No. 572.—Vázquez, Vda. Vincenty, peticionaria, *v.* Corte Distrito de Mayagüez, demandado.—*Certiorari.* Abril 29, 1927. Estando inclinado el tribunal a creer que la corte de distrito actuó de conformidad con sus atribuciones, y creyendo que la peticionaria, si algún derecho le asiste, tiene a su alcance otros remedios fuera del *certiorari, no ha lugar.* Denegada.

No. 4194.—Figueroa et al., apltes., *v.* Canals Hermanos & Cía., Sucesores, apda.—C. D. Humacao. Mayo 3, 1927. Desestimado el recurso a instancia del apelado porque habiéndose interpuesto la apelación en septiembre 26, 1924, no existe una transcripción de la evidencia ni una exposición del caso pendiente de aprobación, habiendo transcurrido con exceso los treinta días que tiene el apelante para elevar los autos.

Nos. 3231 y 3232.—Pueblo, apdo., *v.* Rodríguez Rivera, aplte.—C. D. Guayama. Acometimiento y agresión grave. Mayo 5, 1927. Se ordenó el archivo y sobreseimiento de la apelación en estos casos por fallecimiento del acusado.